# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAPE M. DIEDHIOU,<br><br>*Plaintiff*<br><br>v.<br><br>THE REPUBLIC OF SENEGAL AND TERANGA, LLC<br><br>*Defendants* | Civil Action No. 1:20-CV-20-5685<br><br>**Request for Clerk's Certificate of Default Against The Republic of Senegal** |

Pursuant to Fed. R. Civ. P. 55(a) and Local Rule 55.1, Pape M. Diedhiou ("Diedhiou" or "Plaintiff"), by and through counsel, Thompson & Skrabanek, PLLC, requests a Clerk's certificate of entry of default against Defendant, The Republic of Senegal. Within an accompanying Affirmation, counsel affirms that the party against whom the default judgment is sought:

1) is not an infant or incompetent person;

2) is not in the military service;

3) was properly served under Fed. R. Civ. P. 4 and 28 U.S.C. § 1608, and proof of service has been filed with the Court; and

4) has defaulted in appearance in the above-captioned action.

Respectfully submitted,

THOMPSON & SKRABANEK, PLLC

By: _____
J.R. Skrabanek
42 W. 38th Street, Suite 1002
New York, NY 10018
Tel: (646) 568-4280
jrs@ts-firm.com

ATTORNEYS FOR PLAINTIFF