UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAPE M. DIEDHIOU,<br><br>*Plaintiff*<br><br>v.<br><br>THE REPUBLIC OF SENEGAL AND TERANGA, LLC<br><br>*Defendants* | Civil Action No. 1:20-CV-20-5685<br><br>**Affirmation in Support of Request for Clerk's Certificate of Default Against The Republic of Senegal** |

The undersigned hereby declares as follows:

1) I am counsel for the Plaintiff in this action.

2) Defendant, the Republic of Senegal, was properly served under Fed. R. Civ. P. 4 and 28 U.S.C. § 1608, and proof of service has been filed with the Court.

3) The time for Defendant to answer or otherwise move with respect to Plaintiff's complaint herein has expired.

4) Defendant is not an infant or incompetent person.

5) Defendant is not presently in the military service of the United States.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.

Dated: New York, NY
December 25, 2020

Signed: _____
J.R. Skrabanek