UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

PAPE M. DIEDHIOU,                                          )
                                                                          )
                                            Plaintiff,            )
                                                                          )      **CIVIL ACTION No.:**
-against-                                                          )
                                                                          )      **1: 20-CV-20-5685**
THE REPUBLIC OF SENEGAL AND TERANGA, LLC.,    )
                                                                          )
                                    Defendants.             )
                                                                          )
                                                                          )
_____             )
                                                                          )
                                                                          )
SIR(S):                                                             )

        PLEASE TAKE NOTICE that the defendant The Republic of Senegal , hereby appears in the above-entitled action, and the  undersigned has been  retained as attorney for said defendant and demands a copy of the complaint and all papers in this action be served upon the undersigned at the office and post address stated below.

Dated :  Wappingers Falls, New York
              January 10, 2021

                                                                Yours, etc.

                                                                Ryanne Konan Law Office and Legal Services
                                                                Ryanne Konan, Esq.
                                                                 ryannekonan
                                                                *Attorney for Defendant (RK2889)*
                                                                 4 Marshall Road, Suite 248
                                                                 Wappingers Falls, NY 12590
                                                                 Tel : (888)536-1434
                                                                 Fax : (845)231-0508

TO : THOMPSON & SKRABANEK,PPLC
       J.R. Skrabanek, Esq.
        *Attorney for Plaintiff*
       42 W. 38th Street, Suite 1002
       New York, NY 10018
       Tel:(646)568-4280
        jrs@ts-firm.com

1