USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/05/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAPE M DIEDHIOU,

                Plaintiff,

    -against-

THE REPUBLIC OF SENEGAL,

                Defendant.

**ORDER SCHEDULING CASE MANAGEMENT CONFERENCE**

**1:20-CV-05685 (ER)(KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

    This case has been referred to me for general pretrial supervision purposes & settlement (Doc. No. 37).  A Case Management Conference in this matter will be held on **Monday, December 13, 2021 at 10:45 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    November 5, 2021
               New York, New York

*Katharine H. Parker*

KATHARINE H. PARKER
United States Magistrate Judge