

**THOMPSON & SKRABANEK, PLLC**

NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/20/2021

MEMO ENDORSED

November 19, 2021

*Via ECF*
Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> **APPLICATION GRANTED:** The Case Management Conference in this matter scheduled on Monday, December 13, 2021 at 10:45 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to **Thursday, December 16, 2021 at 10:45 a.m.**
>
> APPLICATION GRANTED
> *Katharine H. Parker*
> Hon. Katharine H. Parker, U.S.M.J.
> 11/20/2021

Re:   *Diedhiou v. The Republic of Senegal and Teranga, LLC*; No. 1:20-CV-5685 (ER) (KHP)

Dear Judge Parker:

Our firm represents Plaintiff Pape M. Diedhiou ("Plaintiff") in the above-referenced case.

On November 5, 2021, Your Honor issued an Order scheduling a case management conference to be held on Monday, December 13, 2021 at 10:45 a.m. (*Dkt.* #39). However, this time slot conflicts with a prior professional commitment in another case that I must keep. As such, I respectfully write this letter to request an adjournment of the conference to any other date later during the week of December 13. We are available any time between December 14 and December 17. At the Court's request, we can also provide additional availability.

We have conferred with opposing counsel, who does not oppose this request for a brief adjournment, and has indicated he is also available on December 14, 16, or 17 (but not December 15).

Respectfully submitted,

J.R. Skrabanek, Esq.

cc:   Ryanne G. Konnan, Esq., Counsel for
      The Republic of Senegal (*via ECF*)

42 W. 38TH STREET, SUITE 1002
NEW YORK, NY 10018
TEL: (646) 568-4280
EMAIL: JRS@TS-FIRM.COM

HON. KATHARINE H. PARKER
NOVEMBER 19, 2021
PAGE 2 OF 2

SO ORDERED: _____
Hon. Katharine H. Parker, United States Magistrate

DATE: _____

