```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/14/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAPE M DIEDHIOU,

                Plaintiff,

-against-

THE REPUBLIC OF SENEGAL,

                Defendant.

**ORDER**

1:20-CV-05685 (ER)(KHP)

KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE

      In light of increased COVID-19 cases, the case management conference scheduled for 10:45 am on Thursday, December 16, 2021 is hereby converted to a telephonic conference. Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  Please dial: (866) 434-5269; access code: 4858267.

**SO ORDERED.**

Dated: New York, New York
       December 14, 2021

_____
KATHARINE H. PARKER
United States Magistrate Judge