January 12, 2022

Dear Customer,

The following is the proof-of-delivery for tracking number: 775624072147

| Delivery Information: | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Mailroom |
| **Signed for by:** | CSTAMP | **Delivery Location:** | |
| **Service type:** | FedEx International Economy | | |
| **Special Handling:** | Deliver Weekday | | DAKAR, |
| | | **Delivery date:** | Jan 4, 2022 12:33 |

| Shipping Information: | | | |
|---|---|---|---|
| **Tracking number:** | 775624072147 | **Ship Date:** | Dec 29, 2021 |
| | | **Weight:** | 1.0 LB/0.45 KG |
| **Recipient:** | | **Shipper:** | |
| DAKAR, SN, | | NEW YORK, NY, US, | |

| Reference | 810833264838 |
|---|---|

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment because a signature was not required.

Thank you for choosing FedEx



FedEx

TRACK ANOTHER SHIPMENT

775624072147

ADD NICKNAME

Delivered
Tuesday, 1/4/2022 at 12:33 pm

**DELIVERED**
Signed for by: CSTAMP

GET STATUS UPDATES

OBTAIN PROOF OF DELIVERY

Request proof of delivery

For a detailed proof of delivery, enter the 9-digit shipper or payer FedEx account number associated with this shipment.

ACCOUNT NUMBER (OPTIONAL)
[redacted]

VIEW PDF

CANCEL

**FROM**
NEW YORK, NY US

**TO**
DAKAR, SN

Travel History

TIME ZONE
Local Scan Time

Tuesday, January 4, 2022

| | | |
|---|---|---|
| 12:33 PM | DAKAR SN | Delivered |
| 8:20 AM | DAKAR SN | International shipment release - Import |
| 8:15 AM | DAKAR SN | In transit<br>Package available for clearance |

**Sunday, January 2, 2022**

| | | |
|---|---|---|
| 6:42 AM | TREMBLAY EN FRANCE FR | In transit |
| 1:20 AM | TREMBLAY EN FRANCE FR | At destination sort facility |
| 1:05 AM | ROISSY CHARLES DE GAULLE CEDEX FR | Departed FedEx hub |

**Saturday, January 1, 2022**

| | | |
|---|---|---|
| 9:17 PM | ROISSY CHARLES DE GAULLE CEDEX FR | In transit |
| 8:28 PM | ROISSY CHARLES DE GAULLE CEDEX FR | Arrived at FedEx hub |
| 5:25 AM | MEMPHIS, TN | Departed FedEx hub |
| 4:34 AM | MEMPHIS, TN | In transit |

**Friday, December 31, 2021**

| | | |
|---|---|---|
| 12:06 AM | MEMPHIS, TN | In transit |

**Thursday, December 30, 2021**

| | | |
|---|---|---|
| 11:39 AM | MEMPHIS, TN | Arrived at FedEx hub |
| 9:51 AM | NEWARK, NJ | Departed FedEx hub |

**Wednesday, December 29, 2021**

| | | |
|---|---|---|
| 11:58 PM | NEWARK, NJ | Arrived at FedEx hub |
| 11:15 PM | NEW YORK, NY | Left FedEx origin facility |
| 12:17 PM | NEW YORK, NY | Picked up |
| 11:01 AM | | Shipment information sent to FedEx |

Collapse History

## Shipment Facts

| TRACKING NUMBER | SERVICE | WEIGHT |
|---|---|---|
| 775624072147 | FedEx International Economy | 1 lbs / 0.45 kgs |

| DELIVERED TO | TOTAL PIECES | TOTAL SHIPMENT WEIGHT |
|---|---|---|

Mailroom | 1 | 1 lbs / 0.45 kgs

**TERMS**  
Recipient

**SHIPPER REFERENCE**  
810833264838

**PACKAGING**  
FedEx Envelope

**SPECIAL HANDLING SECTION**  
Deliver Weekday

**SHIP DATE**  
12/29/21

**STANDARD TRANSIT**  
1/7/22 before 6:00 pm

**ACTUAL DELIVERY**  
1/4/22 at 12:33 pm