

THOMPSON & SKRABANEK, PLLC

NEW YORK

January 31, 2022

<u>Via ECF</u>
Judge Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Pape M. Diedhiou v. The Republic of Senegal and Pierre Goudiaby*; Civil Action No. 1:20-CV-5685-ER; In the United States District Court for the Southern District of New York

Dear Judge Parker:

In accordance with Your Honor's December 16, 2021 Order (*ECF* #45), the parties submit the following joint status letter:

Status of Service on Pierre Goudiaby
Mr. Goudiaby has been properly served and has defaulted. The Clerk's Certificate of Default was entered on Friday, January 28, 2022. Plaintiff intends to formally move for default pursuant to Your Honor's individual practices no later than February 10, 2022.

Status of Written Discovery Exchanged Between Plaintiff and Senegal
The parties have exchanged written discovery requests and anticipate exchanging their responses and document productions within the coming weeks.

Status of Oral Discovery
The parties intend to take the deposition of a third-party witness on March 15, 2022. Plaintiff also intends to take the deposition of one or more representatives of Senegal. The parties will cooperate to schedule this deposition to take place in March or April 2022.

Amendment to Scheduling Order
The prior scheduling order (*DE* #38), attached hereto, was agreed to before the parties separately agreed to permit Plaintiff leave to include Pierre Goudiaby as an additional defendant. The parties previously discussed the need to extend certain deadlines because of this. The parties now jointly request that the deadlines in paragraphs 7 through 14 of the present scheduling order be reset to +60 days from their current deadline.

42 W. 38TH STREET, SUITE 1002
NEW YORK, NY 10018
TEL: (646) 568-4280
EMAIL: JRS@TS-FIRM.COM

Conclusion

The parties are available at the Court's convenience to discuss this letter or any other aspect of the matter.

        Sincerely,

        J.R. Skrabanek, Esq.

cc:    Ryanne Konan, Esq., Counsel for
       The Republic of Senegal (*via ECF*)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __11/5/2021__

Pape M. Diedhiou

                    Plaintiff(s),

   - against -

The Republic of Senegal and Teranga, LLC    Defendant(s).

1:20 CV 05685 (ER)

**CIVIL CASE DISCOVERY PLAN AND SCHEDULING ORDER**

-------------------------------------------------------------x

    This Civil Case Discovery Plan and Scheduling Order is adopted, after consultation with counsel, pursuant to Fed. R. Civ. P. 16 and 26(f):

1. All parties [consent] [do not consent] to conducting all further proceedings before a Magistrate Judge, including motions and trial, pursuant to 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. (If all parties consent, the remaining paragraphs of this form need not be completed.)

2. This case [is] [is not] to be tried to a jury.

3. Joinder of additional parties must be accomplished by ___December 1, 2021___.

3a. Defendant The Republic of Senegal shall file its answer to the Complaint by October 30, 2021.

4. Amended pleadings may be filed until ___December 1, 2021___.

5. Interrogatories shall be served no later than ___December 31, 2021___, and responses thereto shall be served within thirty (30) days thereafter. The provisions of Local Civil Rule 33.3 [shall] [shall not] apply to this case.

6. First request for production of documents, if any, shall be served no later than ___December 31, 2021___.

7. Non-expert depositions shall be completed by ___February 1, 2022___.

    a. Unless counsel agree otherwise or the Court so orders, depositions shall not be held until all parties have responded to any first requests for production of documents.

    b. Depositions shall proceed concurrently.

    c. Whenever possible, unless counsel agree otherwise or the Court so orders,

          non-party depositions shall follow party depositions.

8. Any further interrogatories, including expert interrogatories, shall be served no later than __February 15, 2022__.

9. Requests to Admit, if any, shall be served no later than __February 15, 2022__.

10. Expert reports shall be served no later than __March 1, 2022__.

11. Rebuttal expert reports shall be served no later than __April 1, 2022__.

12. Expert depositions shall be completed by __May 1, 2022__.

13. Additional provisions agreed upon by counsel are attached hereto and made a part hereof.

14. **ALL DISCOVERY SHALL BE COMPLETED BY** __June 1, 2022__.

15. Any motions shall be filed in accordance with the Court's Individual Practices.

16. This Civil Case Discovery Plan and Scheduling Order may not be changed without leave of Court (or the assigned Magistrate Judge acting under a specific order of reference).

17. The Magistrate Judge assigned to this case is the Hon. __Katharine Parker__.

18. If, after entry of this Order, the parties consent to trial before a Magistrate Judge, the Magistrate Judge will schedule a date certain for trial and will, if necessary, amend this Order consistent therewith.

19. The next case management conference is scheduled for __June 1, 2022__, at __3:30 pm__. (The Court will set this date at the initial conference.)

SO ORDERED.

Dated: New York, New York
      November 5, 2021

                                                                              Edgardo Ramos, U.S. District Judge