USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/7/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAPE M DIEDHIOU,

                         Plaintiff,

-against-

THE REPUBLIC OF SENEGAL ET AL.,

                         Defendants.

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

1:20-CV-05685 (ER)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       A settlement conference in this matter utilizing Microsoft Teams is scheduled for **Monday, June 6, 2022 at 10:00 a.m.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. The Republic of Senegal shall ensure that State Judicial Officer Moussa Bocar Thiam attend the conference with authority to settle the matter. Defendant Pierre Goudiaby is ordered to attend this conference. The Republic of Senegal shall serve a copy of this Order on Goudiaby and facilitate his attendance by video.

       The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions (no more than 3 pages) in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be sent to Parker_NYSDChambers@nysd.uscourts.gov by no later than **May 30, 2022 by 5:00 p.m.**

**SO ORDERED.**

Dated:   April 7, 2022
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge