```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/06/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAPE M DIEDHIOU,

                    Plaintiff,

-against-

THE REPUBLIC OF SENEGAL ET AL.,

                    Defendants.

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

1:20-CV-05685 (ER)(KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter utilizing Microsoft Teams is hereby scheduled for **Thursday, June 23, 2022 at 10:00 a.m.**  Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.  The Republic of Senegal shall ensure that State Judicial Officer Moussa Bocar Thiam attend the conference with authority to settlement the matter.  Defendant Pierre Goudiaby is ordered to attend this conference.  The Republic of Senegal shall serve a copy of this Order on Goudiaby and facilitate his attendance by video.

      **SO ORDERED.**

Dated:  June 6, 2022
           New York, New York

                                                      _Katharine H. Parker_
                                                      KATHARINE H. PARKER
                                                      United States Magistrate Judge