UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/22/2022
```

PAPE M. DIEDHIOU,

                Plaintiff

v.

THE REPUBLIC OF SENEGAL AND PIERRE GOUDIABY,

                Defendants

Civil Action No. 1:20-CV-05685

Request for adjournment

MEDIATION

**MEMO ENDORSED**

Ryanne Konan, Esq., an attorney duly licensed to practice law before all the Courts of the State of New York, affirms the following under penalties of perjury:

1. I am the counsel for THE REPUBLIC OF SENEGAL, the Defendant's in the above captioned matter, and am familiar with all the facts and circumstances as hereinafter set forth.
2. On Friday 24, June, 2022 at 10:00 am, when the above-captioned matter is scheduled, I am unable to appear because I am actually engaged in Trial for The People of the State of New York against Jamar Wright Indictment No.: #70141-21 before the Hon. Michael W. Smrtic, J. as an Attorney for Jamar Wright, the Defendant. The matter is scheduled for a Trial starting on 22, June, 2022 at 9:00 am and continuing to its conclusion.
3. It is respectfully submitted that The People of the State of New York against Jamar Wright Indictment No.: #70141-21 has priority over the above captioned matter, pursuant to 22NYCRR§125.1_( c )/( f ).
4. I request that the above-captioned matter be adjourned to one of the following dates on which all parties and counsel are available and convenient to the Court, on which I am also available: JULY 8TH OR 15TH, 2022.
5. I have given notice of my actual engagement by providing a copy of this Affirmation to all other counsel in the above-captioned matter (and if applicable, to any party appearing pro se on the date set forth below). Proof of service attached hereto.

    **WHEREFORE**, it is respectfully requested that the above-captioned matter be adjourned on the basis of my actual engagement to one of the dates set forth in Paragraph "4" of this Affirmation.

    Dated: Dutchess County, New York
            June 21, 2022                        _____/s/_____
                                                                  Ryanne G. Konan, Esq.

Via ECF
To: Hon. Judge Edgardo Ramos

J.R. Skrabanek, Esq.
Attorney for Plaintiff

**APPLICATION GRANTED:** The settlement conference in this matter utilizing Microsoft Teams scheduled for Friday, June 24, 2022 at 10:00 a.m. is hereby rescheduled to <u>**Wednesday, August 10, 2022 at 2:00 p.m.**</u> Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date. The Republic of Senegal shall ensure that State Judicial Officer Moussa Bocar Thiam attend the conference with authority to settlement the matter. Defendant Pierre Goudiaby is ordered to attend this conference. The Republic of Senegal shall serve a copy of this Order on Goudiaby and facilitate his attendance by video.

<u>**Counsel for The Republic of Senegal is directed to give notification to the Pierre Goudiaby Defendant about the cancellation of this proceeding.**</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

06/22/2022