

# THOMPSON & SKRABANEK, PLLC

— NEW YORK —

August 4, 2022

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/05/2022

**MEMO ENDORSED**

*Via ECF*
Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:    *Diedhiou v. The Republic of Senegal and Teranga, LLC*; No. 1:20-CV-5685 (ER)
(KHP)

Dear Judge Parker:

    Our firm represents Plaintiff Pape M. Diedhiou ("Plaintiff") in the above-referenced case.

    On June 22, 2022, Your Honor issued an Order granting a request by Defendant, The Republic of Senegal ("Senegal"), to reschedule a settlement conference that had previously been scheduled for June 24, 2022 to August 10, 2022 at 2:00 p.m. (*Dkt.* #66).

    Since then, Plaintiff and Senegal have been discussing matters informally to resolve their dispute. While they have not reached an agreement to-date, they may be making some progress and have committed to meeting again in early September to continue negotiations.

    As such, we respectfully request that the Settlement Conference with the Court that is currently scheduled for August 10, 2022 be adjourned to sometime in late September.

    We have conferred with opposing counsel, Mr. Ryanne Konan, who does not oppose this request. With the Court's permission, the parties will jointly report to the Court by September 14, 2022 regarding whether they have been able to reach an agreement, whether they would like to have another conference with the Court, and/or any other scheduling, briefing, or trial setting matters.

                    Respectfully submitted,

42 W. 38TH STREET, SUITE 1002
NEW YORK, NY 10018
TEL: (646) 568-4280
EMAIL: JRS@TS-FIRM.COM

HON. KATHARINE H. PARKER
AUGUST 4, 2022
PAGE 2 OF 2

J.R. Skrabanek, Esq.

cc:     Ryanne G. Konnan, Esq., Counsel for
        The Republic of Senegal (*via ECF*)

**The Settlement Conference scheduled for August 10, 2022 is hereby adjourned.  The parties are directed to file a status letter with the court by <u>September 14, 2022.</u>**

SO ORDERED:   _____
              Hon. Katharine H. Parker, United States Magistrate

DATE:         **08/05/2022**
              _____

