

# THOMPSON & SKRABANEK, PLLC
NEW YORK

September 16, 2022

*Via ECF*
Hon. Katharine H. Parker
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/16/2022
```

Re:   *Diedhiou v. The Republic of Senegal and Teranga, LLC*; No. 1:20-CV-5685 (ER) (KHP)

Dear Judge Parker:

Our firm represents Plaintiff Pape M. Diedhiou ("Plaintiff") in the above-referenced case.

By way of a status update (*see* DE #68), the parties' settlement discussions are ongoing and have not yet concluded. The parties request an additional adjournment to October 31, 2022 in order to update the Court regarding whether a final agreement has been reached, whether they would like to have another conference with the Court, and/or any other scheduling, briefing, or trial setting matters.

Mr. Ryanne Konan, the attorney for Sengal, is copied herein, and approves of the foregoing requests.

Respectfully submitted,

J.R. Skrabanek, Esq.

cc:   Ryanne G. Konnan, Esq., Counsel for
      The Republic of Senegal (*via ECF*)

42 W. 38TH STREET, SUITE 1002
NEW YORK, NY 10018
TEL: (646) 568-4280
EMAIL: JRS@TS-FIRM.COM

Hon. Katharine H. Parker
September 16, 2022
Page 2 of 2

SO ORDERED: _____

Hon. Katharine H. Parker, United States Magistrate

DATE:   __**09/16/2022**__

