UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAPE M DIEDHIOU,

                Plaintiff,

-against-

THE REPUBLIC OF SENEGAL and PIERRE GOUDIABY

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/15/2022

**ORDER**

1:20-CV-05685 (ER)(KHP)

KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE

    As discussed in the December 14, 2022 conference, **by February 17, 2023**, the Defendant Republic of Senegal shall file its motion for summary judgment.  Plaintiff shall respond by **March 17, 2023**.  Defendant shall reply by **March 31, 2023**.

    **By April 14, 2023**, the Plaintiff shall file its motion for default judgment as to Defendant Pierre Goudiaby and serve the motion on Mr. Goudiaby.  Once served, the Plaintiff shall file an affidavit of Service with the Court and Mr. Goudiaby will have 30 days after service to respond to the motion.  Mr. Goudiaby must file any objections or response with the court and serve the objections and/or response on Plaintiff's counsel.  Plaintiff will then have 14 days to reply.

**SO ORDERED.**

Dated: New York, New York
       December 15, 2022

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge