UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAPE M. DIEDHIOU,<br><br>      *Plaintiff,*<br><br>v.<br><br>THE REPUBLIC OF SENEGAL and PIERRE GOUDIABY, *individually and D/B/A Atepa Engineering*,<br><br>      *Defendants*. | **NOTICE OF APPEARANCE**<br><br>Case No. 1:20-cv-05685-DEH-KHP |

  PLEASE TAKE NOTICE that John J. Thompson, a partner with Thompson & Skrabanek, PLLC, hereby enters his appearance on behalf of Plaintiff Pape M. Diedhiou in the above-entitled action. I am admitted to practice in this court. All further notice and copies of pleadings, papers and other material relevant to this action should be served upon the undersigned at the address stated below.

Dated: November 1, 2023
   New York, New York

                       _____
                       John J. Thompson

                       THOMPSON & SKRABANEK, PLLC
                       42 W. 38th Street, Suite 1002
                       New York, NY 10018
                       (646) 568-4280
                       jt@ts-firm.com

                       *Attorneys for Pape M. Diedhiou*