UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAPE DIEDHIOU,

Plaintiff(s),

v.

THE REPUBLIC OF SENEGAL, et al.,

Defendant(s).

20-CV-5685 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

An order issued October 20, 2023, scheduled a conference following the close of fact discovery for February 28, 2024.  *See* Dkt. No. 107.  An order issued November 6, 2023, directed the parties to file a joint status letter in advance of the conference.  *See* Dkt. No. 111.  A letter filed by Defendant Pierre Goudiaby on February 6, 2024, represents that a planned deposition of Plaintiff did not go forward as scheduled and that the discovery deadline may need to be extended.  *See* Dkt. No. 127.  An amended referral order issued February 9, 2024, refers this case to Magistrate Judge Parker for general pre-trial supervision and for a Report and Recommendation on Goudiaby's motion for sanctions.  *See* Dkt. No. 128.  It is hereby

**ORDERED** that the post-discovery conference and requirement to file a joint status letter in advance of the conference are **ADJOURNED**, pending further order of the Court.

SO ORDERED.

Dated: February 9, 2024
        New York, New York

DALE E. HO
United States District Judge