UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAPE M. DIEDHIOU,<br><br>                              Plaintiff,<br><br>v.<br><br>THE REPUBLIC OF SENEGAL, et al.,<br><br>                              Defendants. | 20-CV-5685 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On August 21, 2024, the Court received an *ex parte* letter from Plaintiff suggesting that he may wish to replace counsel. By **August 30, 2024**, Plaintiff is ORDERED to file a letter on ECF updating the Court on the status of his representation. The letter shall state whether Plaintiff intends to remain represented by his current counsel, retain new counsel, or proceed *pro se*.

SO ORDERED.

Dated: August 21, 2024
       New York, New York

                                                               _____
                                                               DALE E. HO
                                                               United States District Judge