UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAPE M DIEDHIOU,<br><br>        Plaintiff,<br><br>   v.<br><br>THE REPUBLIC OF SENEGAL, et al.,<br><br>        Defendants. | 20-CV-5685 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On August 21, 2024, the Court ordered Plaintiff to file a letter by August 30, 2024, indicating whether he intends to remain with current counsel, retain new counsel, or proceed *pro se*. *See* ECF No. 161.

On September 4, 2024, the Court received a letter from Plaintiff (dated August 24, 2024, and attached hereto) notifying the Court of Plaintiff's decision "to terminate his attorney-client relationship [with current counsel], effective immediately." *See* Ex. A. Plaintiff further indicated that he will "seek legal representation elsewhere." *See id.* Plaintiff further sought the Court's assistance in ensuring that current counsel (1) cease further work on this case; (2) forward all relevant files, documents, and correspondence related to his case to him or to his new (unnamed) attorney; and (3) provide a final billing statement that includes a detailed summary of any outstanding fees and expenses dated no further than July 2, 2024. *Id.*

On September 4, 2024, Defendant filed a letter notifying the Court that he does not object to any request to withdraw by Plaintiff's counsel. *See* ECF No. 163.

It is hereby **ORDERED** as follows:

- Plaintiff's counsel is directed to withdraw as Plaintiff's counsel within **two weeks**.

- Plaintiff is directed to promptly retain new counsel. New counsel shall enter an appearance within **45 days (i.e., by October 21, 2024)**. Alternatively, and also within **45 days** of this Order, if Plaintiff does not wish to retain new counsel, Plaintiff is directed to notify the Court that he is proceeding *pro se*.

Given outstanding issues pertaining to Plaintiff's representation, the case management conference scheduled to take place on September 11, 2024, at 11:30 a.m., is hereby **ADJOURNED** to **October 30, 2024, at 10:30 a.m. (E.T.)**. The parties are directed to dial 646-453-4442, enter the meeting code 782066864, and press pound (#).

SO ORDERED. Current counsel for Plaintiff shall serve this Order on Plaintiff within **three (3) business days** by means reasonably calculated to reach Plaintiff. Counsel shall file proof of service within **one week**.

Dated: September 5, 2024
New York, New York

_____
DALE E. HO
United States District Judge