UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAPE M DIEDHIOU,<br><br>        Plaintiff,<br><br>   v.<br><br>THE REPUBLIC OF SENEGAL ET AL.,<br><br>        Defendants. | 20-CV-5685 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  On September 5, 2024, this Court issued an Order with respect to Plaintiff's representation in this case. ECF No. 164. That Order directed Plaintiff to either to retain new counsel and have new counsel enter an appearance on the docket, or to notify the Court that he intended to proceed *pro se*. *Id.* Plaintiff's deadline to comply with the Order was October 21, 2024. *Id.* That deadline has passed, and Plaintiff has not informed the Court of his plan for representation moving forward.

  It is hereby **ORDERED** that Plaintiff is directed to promptly retain new counsel. New counsel shall enter an appearance by **November 20, 2024**. Alternatively, and also by **November 20, 2024**, if Plaintiff does not wish to retain new counsel, Plaintiff is directed to notify the Court that he is proceeding *pro se*.

  It is also **ORDERED** that the Case Management Conference scheduled for October 30, 2024, is **ADJOURNED** to **November 26, 2024, at 1:00 P.M. EST**. The parties are directed to dial 646-453-4442, enter the meeting code 782 066 864, and press pound (#).

  Plaintiff is warned that failure to comply with this Court's Order may result in sanctions, including dismissal for failure to prosecute.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 29, 2024
New York, New York

DALE E. HO
United States District Judge