UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Diedhiou,<br><br>      Plaintiff,<br><br>  v.<br><br>The Republic of Senegal et al.,<br><br>      Defendants. | 20-CV-5685 (DEH)<br><br>MEMORANDUM ORDER |

DALE E. HO, United States District Judge:

  The parties shall appear for a case management conference on Wednesday, September 24, 2025, at 3:00 P.M. EST. The conference shall be held on Microsoft Teams. The parties shall join the conference by dialing the Court's dedicated conference line at (646) 453 4442 then entering conference ID: 929 422 110 followed by the pound (#) key. The parties should be prepared to discuss the filings at ECF Nos. 185, 191, and 192.

SO ORDERED.

Dated: September 17, 2025
   New York, New York

                           DALE E. HO
                           United States District Judge