UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIEDHIOU, <br><br>                          Plaintiff, <br><br> v. <br><br> THE REPUBLIC OF SENEGAL et al., <br><br>                          Defendants. | 20-CV-5685 (DEH) <br><br> <u>ORDER</u> |

DALE E. HO, United States District Judge:

For the reasons discussed in the case management conference held on September 24, 2025, Plaintiff's Motion for Default Judgment (ECF Nos. 200 and 201) and Defendant the Republic of Senegal's Motion to Compel (ECF No. 191) are **DENIED**.

By **Monday, September 29, 2025,** the parties shall submit a joint status letter that: (1) states whether the case will proceed as a bench trial or as a jury trial, and (2) proposes a schedule for the parties to submit the requisite pretrial filings as required by this Court's Individual Rules.

The Clerk of Court is respectfully directed to terminate ECF Nos. 191, 200, & 201.

SO ORDERED.

Dated: September 24, 2025
        New York, New York

                                                              DALE E. HO
                                                     United States District Judge