UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Pape M. Diedhiou,<br><br>      Plaintiff(s),<br><br>    v.<br><br>The Republic of Senegal, et al.,<br><br>      Defendant(s). | 20-CV-5685 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  Pursuant to Rule 5(e)(iii) of this Court's Individual Rules, by no later than October 28, 2025, all parties shall submit, in Microsoft Word format, copies of their respective Pretrial Statements and Proposed Findings of Fact and Conclusions of Law that have been filed on the docket at ECF Nos. 207, 210-1, 211, 214, 215, and 219, to the Court via email to HoNYSDChambers@nysd.uscourts.gov.  All parties are ordered not to file any additional pretrial statements or proposed findings of fact and conclusions of law in this matter without leave of the Court.

  In the same email and pursuant to Rule 5(c)(ii) of this Court's Individual Rules, Defendant Senegal and Plaintiff Diedhiou shall also submit, in Microsoft Excel format, their respective Exhibit Lists.  The Exhibit Lists shall contain no more than four columns labeled as follows: Exhibit Number; Description; Objection; Basis for Admission over Objection.  All columns shall be completed by Defendant Senegal and Plaintiff Diedhiou.

Further, by no later than October 28, 2025, all parties shall upload their exhibits to the Court's file sharing system. An email with the subject "20-cv-5685 Link to send files" was previously emailed to the parties and contains the link for uploading files. The parties shall clearly label each file pursuant to Rule 5(c)(i). If any party has multiple files, they shall be upload as a zipped folder that contains all files. Should any party have issues accessing or using the file sharing system, they shall email the Court at HoNYSDChambers@nysd.uscourts.gov.

SO ORDERED.

Dated: October 27, 2025
       New York, New York

                                                DALE E. HO
                                   United States District Judge