UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Diedhiou, | |
| Plaintiff(s), | |
| v. | 20-CV-5685 (DEH) |
| The Republic of Senegal, et al., | ORDER |
| Defendant(s). | |

DALE E. HO, United States District Judge:

On October 10, 2025, Plaintiff submitted a motion to compel the live testimony of defense witnesses. ECF No. 212. For the reasons articulated by the Court at the conference held on October 29, 2025, that motion is **DENIED**. Plaintiff also seeks the testimony of Defendant Senegal's counsel. The Court does not find this witness to be a material fact witness; that motion is **DENIED**.

At the conference held on October 29, 2025, several ongoing issues related to the parties proposed exhibits were raised. The parties shall file, by no later than 5 p.m. on October 31, 2025, a joint letter detailing with specificity any remaining objections to Defendant Goudiaby's proposed exhibits and any responsive arguments. The letter shall also detail with specificity any withdrawn objections to any parties' exhibits. The parties shall meet and confer to ensure all proposed exhibits are shared with all parties in advance of trial.

Further, pursuant to the Court's October 27, 2025 Order, ECF No. 220, Plaintiff Diedhiou and Defendant Senegal shall re-upload their exhibits to the Court's file sharing system consistent with the following parameters: (1) each exhibit shall be uploaded as its own file and shall be clearly labeled pursuant to Rule 5(c)(i) of the Court's Individual Rules; (2) multiple files shall be uploaded as a zipped folder containing all exhibit files. The parties may not combine all exhibits

into one file.  Should any party have issues accessing or using the file sharing system, they shall email the Court at HoNYSDChambers@nysd.uscourts.gov.

In advance of trial, the parties are encouraged to review the *Manual for Pro Se Litigants Appearing in SDNY*, available at: sdny-representingselfattrialmanual-final.pdf.

The Clerk of Court is respectfully directed to terminate ECF No. 212.

SO ORDERED.

Dated: October 29, 2025
       New York, New York

                                        DALE E. HO
                              United States District Judge