UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Diedhiou,

                    Plaintiff(s),

              v.

The Republic of Senegal, et al.,

                    Defendant(s).

20-CV-5685 (DEH)

ORDER

DALE E. HO, United States District Judge:

Following the conclusion of Plaintiff's case on November 5, 2025, Defendant Republic of Senegal (hereinafter "Senegal") moved under Fed. R. Civ. P. 50 for judgement as a matter of law, which the Court has construed as a motion for judgment on partial findings under Fed. R. Civ. P. 52(c). Defendant Goudiaby, for whom all Plaintiff's claims have been dismissed, joined that motion.

Defendants shall file joint briefing on the motion by **November 21, 2025**. Plaintiff shall file opposition briefing by **December 12, 2025**. Defendants shall file their reply by **December 19, 2025**. Briefing shall conform to Local Civil Rule 7.1.

SO ORDERED.

Dated: November 6, 2025
       New York, New York

_____
            DALE E. HO
      United States District Judge