UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAPE M. DIEDHIOU,

Plaintiff,

v.

THE REPUBLIC OF SENEGAL et al.,

Defendants.

20 Civ. 5685 (DEH)

**ORDER**

DALE E. HO, United States District Judge:

In light of the Court's Findings of Fact and Conclusions of Law, ECF No. 236, Defendants' Motion for Judgment on Partial Findings, ECF No. 224, is **GRANTED**.

The Clerk of Court is respectfully directed to close ECF No. 224, enter judgment in favor of Defendants, and close this case.

SO ORDERED.

Dated: September 23, 2026

New York, New York

DALE E. HO
United States District Judge