**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

PAPE M. DIEDHIOU,

Plaintiff,

-against-

20 **CIVIL** 5685 (DEH)

**JUDGMENT**

THE REPUBLIC OF SENEGAL et al.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 23, 2026, Defendants' Motion for Judgment on Partial Findings is GRANTED. Accordingly, judgment is entered in favor of Defendants and the case is closed.

**Dated:** New York, New York

September 24, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** [signature]

**Deputy Clerk**